ORIGINAL

Jon S. Swierzewski (Pro Hac Vice)
**LARKIN HOFFMAN DALY & LINDGREN, LTD.**
7900 Xerxes Avenue South, Suite 1500
Minneapolis, MN 55431
Telephone: 952.835.3800
Facsimile: 952.896.3333
E-Mail: jswierzewski@larkinhoffman.com

Patricia P. Hollenbeck (SBN 121765)
**DUANE MORRIS LLP**
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: phollenbeck@duanemorris.com

Attorneys for Defendant
NORTHERN LAKES DATA CORP.

FILED
08 APR 21 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP, , | Case No.: 08 CV 717 LAB-RBB |
| Plaintiff, | **DECLARATION OF SERVICE** |
| v. | Date: |
| | Time: |
| NORTHERN LAKES DATA CORP., , | Dept: |
| | Judge: |
| Defendant. | Complaint Filed: March 19, 2008 |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is **101 West Broadway, Suite 900, San Diego, California.**

On **April 21, 2008**, I served the documents described as:

- **NOTICE OF REMOVAL;**
- **CIVIL COVER SHEET**
- **PRO HAC VICE APPLICATION**

on all counsel on the court's electronic service list by the following means:

☐ **(BY HAND) [C.C.P. § 1011]** I delivered such envelope to the party listed above and left the envelope with the party, the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

Malcolm D. Schick, Esq.
Gray & Prouty, APC
3170 Fourth Avenue, Third Floor
San Diego, CA 92103
(619) 718-9790
(619) 718-9797 (Fax)

☐ **(BY HAND) [C.C.P. § 1011]** I delivered such envelope to the party listed above and left the envelope with the party, the receptionist or person in charge thereof between the hours of 9:00 a.m. and 5:00 p.m.

☒ **(BY MAIL) [C.C.P. § 1013(a)(3) Business Practice to Entrust Deposit to Others]** I placed such envelope for collection, deposit and mailing with the United States Postal Service following ordinary business practices at my place of business. I am readily familiar with the business practice of my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE] [C.C.P. § 1013(e), (f)]** I caused a true copy of the document(s) to be transmitted via facsimile to a facsimile machine maintained by the person on whom the document(s) is served. Facsimile service has been agreed upon by the parties. I am aware that the service is complete at the time of transmission, but any period of notice shall be extended after service by facsimile transmission by two court days.

☐ **(BY FEDEX) [C.C.P. § 1013(c)]** I deposited such envelope in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

☐ **(BY ELECTRONIC SERVICE):** I attached a true and correct copy of the above-entitled document(s) to the Court's CM/ECF electronic service system.

I certify and declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed **April 21, 2008** at **San Diego, California**.

Margaret E. Schulte
Margaret E. Schulte