Patricia P. Hollenbeck (SBN 121765)
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: phollenbeck@duanemorris.com

and

Jon S. Swierzewski (MN 108017) (*pro hac vice* pending)
LARKIN HOFFMAN DALY & LINDREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: 952.835.3800
Facsimile: 952.896.3333
E-Mail: jswierzewski@larkinhoffman.com

Attorneys for Defendant
Northern Lakes Data Corp.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP., and DOES 1-10.<br><br>Defendants. | Case No.: 08-cv-717 LAB (RBB)<br><br>DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS<br><br>Date: June 23, 2008<br>Time: 11:15 A.M.<br><br>Hon. Larry Alan Burns<br>Courtroom 9 |

Defendant Northern Lakes Data Corp., pursuant to Rule 12 of the Federal Rules of Civil Procedure, respectfully moves the Court to compel arbitration and to stay further proceedings in or dismiss this action, on the grounds that the claims set forth in Plaintiff's Complaint are subject to mandatory arbitration.

This motion is based on the written contract of the parties, in which they agreed that all disputes arising from or related to their contract must be arbitrated, and on the Federal Arbitration Act, 9 U.S.C. §§ 1, 3. Because all of the causes of action pled by the Plaintiff are subject to the parties' agreement to arbitrate, and because that agreement is enforceable pursuant to section 3 of the Federal Arbitration Act, the Court lacks subject matter jurisdiction over this matter, and the Plaintiff has failed to state a claim upon which relief can be granted by this Court. Further proceedings in this matter should be stayed pending the outcome of that arbitration. Alternatively, because all of Plaintiff's claims are subject to arbitration, this matter should be dismissed with prejudice.

This motion is based on the pleadings and papers on file in this action, the Defendant's Memorandum of Law in Support of its Motion to Compel Arbitration and Stay or Dismiss, the Declaration of Jon Swierzewski, with attached exhibit, and if permitted by the Court, the arguments of counsel.

Date: April 25, 2008

**DUANE MORRIS, LLP**

By: /s/ Patricia P. Hollenbeck
Patricia P. Hollenbeck
Attorneys for Defendant,
Northern Lakes Data Corp.