Patricia P. Hollenbeck (SBN 121765)
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: phollenbeck@duanemorris.com

and

Jon S. Swierzewski (MN 108017) (*pro hac vice* pending)
LARKIN HOFFMAN DALY & LINDREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: 952.835.3800
Facsimile: 952.896.3333
E-Mail: jswierzewski@larkinhoffman.com

Attorneys for Defendant
Northern Lakes Data Corp.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP., and DOES 1-10.<br><br>Defendants. | Case No.: 08-cv-717 LAB (RBB)<br><br>DEFENDANT'S NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS<br><br>Date: June 23, 2008<br>Time: 11:15 A.M.<br><br>Hon. Larry Alan Burns<br>Courtroom 9 |

**PLEASE TAKE NOTICE** that on June 23, 2008, at 11:15 a.m., before the Honorable Larry Alan Burns in Courtroom 9 of the United States District Court for the Southern District of California, Defendant Northern Lakes Data Corp will move the Court for an order to compel the arbitration of the Plaintiff's claims in this matter, and to stay further proceedings in or dismiss this matter.

Date: April 25, 2008

**DUANE MORRIS, LLP**

By: /s/ Patricia P. Hollenbeck

Patricia P. Hollenbeck
Attorneys for Defendant,
Northern Lakes Data Corp.