Jon S. Swierzewski (MN 108017) (Pro Hac Vice pending)
Larkin Hoffman Daly & Lindgren, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: (952) 835-3800
Facsimile: (952) 896-3333

- and -

Patricia P. Hollenbeck (SBN 121765)
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285
Telephone: (619) 744-2200
Facsimile: (619) 744-2201

Attorneys for Defendant
NORTHERN LAKES DATA CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP.,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF JON S. SWIERZEWSKI IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS PROCEEDINGS** |

I, Jon S. Swierzewski, declare that:

1. I am an attorney with the firm of Larkin Hoffman Daly & Lindgren Ltd., and am one of the attorneys for Defendant Northern Lakes Data Corp., in the above-entitled matter. This declaration is based upon my personal knowledge unless otherwise indicated.

2. In accordance with the arbitration provision set forth in Paragraph 9 of the Master Subcontract Agreement, No. ZH810212, entered into in September 2006 between TransCore, LP, and Northern Lakes Data Corp., a copy of which was attached by Plaintiff to its Complaint in this matter, NLDC has commenced an arbitration proceeding in the Commonwealth of Pennsylvania regarding the disputes between it and TransCore. Attached as Exhibit A is a true and correct copy of the JAMS Demand for Arbitration, which was sent to JAMS and served on TransCore on April 25, 2008.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: April 25, 2008

Jon S. Swierzewski