Patricia P. Hollenbeck (SBN 121765)
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-Mail: phollenbeck@duanemorris.com

and

Jon S. Swierzewski (MN 108017) (*pro hac vice* pending)
LARKIN HOFFMAN DALY & LINDREN, LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431
Telephone: 952.835.3800
Facsimile: 952.896.3333
E-Mail: jswierzewski@larkinhoffman.com

Attorneys for Defendant
Northern Lakes Data Corp.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP, and DOES 1-10.<br><br>Defendants. | Case No.: 08-cv-717 LAB (RBB)<br><br>DECLARATION OF SERVICE<br><br>Date: June 23, 2008<br>Time: 11:15 A.M.<br><br>Hon. Larry Alan Burns<br>Courtroom 9 |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 101 West Broadway, Suite 900, San Diego, California 92101.

On April 25, 2008, I served the following document described as:

DEFENDANT'S NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS;

DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS;

DEFENDANT'S POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION; and

DECLARATION OF JON S. SWIERZEWSKI IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS PROCEEDINGS

on the interested parties by placing the ☐ original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

Malcolm D. Schick, Esq.
GRAY & PROUTY, APC
3170 Fourth Avenue, Third Floor
San Diego, CA 92103

Telephone: 619-718-9790
Facsimile: 619-718-9797

☐ (BY FACSIMILE): I caused the foregoing documents to be transmitted via facsimile to the above addressee(s) at the facsimile number(s) indicated, and that the transmission was reported as complete and without error. Service via facsimile is made pursuant to the written confirmation between the parties of acceptance of service via facsimile. (Sending Facsimile (619) 744-2201.)

☐ (BY MAIL): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

☐ (OVERNIGHT SERVICE): depositing copies of the above document(s) in an envelope or package designated by said service with delivery fees paid and placing same in a box or other facility regularly maintained by:

☐ UPS Overnight Service
☐ U.S. Express Mail Service
☐ Federal Express

☒ (BY ELECTRONIC SERVICE): I attached a true and correct copy of the above-entitled document(s) to the Court's CM/ECF electronic service system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed April 25, 2008, at San Diego, California.

Linda Love Baker