Malcolm D. Schick, Esq. - State Bar No. 118978
Kelly Cox, Esq. - State Bar No. 180490
**GRAY & PROUTY**, A Professional Corporation
3170 Fourth Avenue, Third Floor
San Diego, California 92103-5850
Tel: (619) 718-9790; Fax: (619) 718-9797

Attorneys for Plaintiff,
TRANSCORE, LP, dba TRANSCORE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP.,<br><br>Defendants. | Case No. 08 CV 717 LAB RBB<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal <u>Rules of Civil Procedure</u>, Rule 38(b), Plaintiff, TRANSCORE, LP, dba TRANSCORE, hereby demands a jury Trial.

DATED: April 30, 2008 **GRAY & PROUTY**

By: [signature]
Malcolm D. Schick, Esq.
Kelly Cox, Esq.
Attorneys for Plaintiff,
TRANSCORE, LP, dba TRANSCORE

TRANSCORE, LP v NORTHERN LAKES DATA CORP., et al.
CASE NO. 08 CV 717 LAB RBB

PROOF OF SERVICE

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is: **3170 Fourth Avenue, Third Floor, San Diego, CA 92103.**

On May 1, 2008, I caused to be served each of the interested parties in this action set forth in the below list the foregoing document(s) described as:

- **DEMAND FOR JURY TRIAL**

(X) **BY ELECTRONIC TRANSMISSION:** Based on a Court Order to accept service by electronic transmission, I caused the document(s) to be sent through PACER to the persons at the email addresses listed below in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) **BY MAIL:** I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service. Under the practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I caused such service by placing a true copy of each document in a separate envelope addressed to each addressee, respectively.

( ) **BY FEDEX OVERNIGHT MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing by FedEx. Pursuant to this practice, once a FedEx envelope is sealed, it is placed at the firms' receptionist's desk and between the hours of 4:00 and 5:00 every business day, the FedEx courier arrives at the firm and picks up all FedEx envelope(s). I caused the service to be effected by depositing the aforementioned documents in a FedEx envelope addressed to each of the below listed counsel for parties and I placed same at the receptionist's desk prior to 4:00 p.m.

( ) **VIA FACSIMILE TRANSMISSION:** Pursuant to California Code of Civil Procedure Section 1013(e), and as evidenced by the attached facsimile transmission report, I faxed the above-described documents to each addressee named herein. The facsimile machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by said machine.

**TRANSCORE, LP v NORTHERN LAKES DATA CORP., et al.**
**CASE NO. 08 CV 717 LAB RBB**

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **May 1, 2008**, at San Diego, California.

Cristina Hernandez

Jon S. Swierzewski (Pro Hac Vice)
LARKIN HOFFMAN DALY & LINDGREN, LTD
7900 Xerxes Avenue South, Suite 1500
Minneapolis, MN 55431
Tel: (952) 835-3800
Fax: (952) 896-3333
Attorney for Defendant, Northern Lakes Data Corp.

Patricia P. Hollenbeck
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Tel: (619) 744-2200
Fax: (619) 744-2201
Attorney for Defendant, Northern Lakes Data Corp.