Malcolm D. Schick, Esq. - State Bar No. 118978
Kelly Cox, Esq. - State Bar No. 180490
GRAY & PROUTY, A Professional Corporation
3170 Fourth Avenue, Third Floor
San Diego, California 92103-5850
Tel: (619) 718-9790; Fax: (619) 718-9797

Attorneys for Plaintiff,
TRANSCORE, LP, dba TRANSCORE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSCORE, LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN LAKES DATA CORP., and DOES 1-10.<br><br>Defendants. | Case No. 08 CV 717 LAB RBB<br><br>**DECLARATION OF MALCOLM SCHICK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS**<br><br>**DATE:** June 23, 2008<br>**TIME:** 11:15 A.M.<br><br>**JUDGE:** Honorable Larry Alan Burns<br>**CRTRM.:** 9 |

I, MALCOLM SCHICK, declare as follows:

1. I am the attorney of record for Plaintiff TRASCORE, LP in this action. I have personal knowledge of the matters contained in this Declaration and, if called as a witness to testify, I could and would competently testify to them.

2. Attached to the Notice of Lodgment filed concurrently herewith as Exhibit 1 is a true and correct copy of the Master Subcontract Agreement (Subcontract No. ZH810212) ("Master Agreement") between TRANSCORE, LP and NORTHERN LAKES DATA CORP. with an effective date of September 16, 2006.

///

3. Attached to the Notice of Lodgment filed concurrently herewith as Exhibit 2 is a true and correct copy of the February 27, 2008, letter from Michael F. Fleming to John Wieland of TRANSCORE regarding the SANDAG controversy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed on this 6th day of June 2008.

Malcolm Schick