# UNITED STATES DISTRICT COURT

**Southern District of California**

Transcore, LP

Plaintiff,

v.

Case No.: 3:08−cv−00717−LAB−RBB
Judge Larry Alan Burns

Northern Lakes Data Corp.

Defendant.

---

**JUDGMENT IN A CIVIL CASE**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's Motion to Dismiss is granted. This action is terminated in its entirety.

W. Samuel Hamrick, Jr.,
Clerk of the Court

Date: 6/18/08

By: s/ P. Dela Cruz, Deputy Clerk

ENTERED ON: June 18, 2008